**HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

October 31, 2024

**VIA CM/ECF**
Hon. Katharine H. Parker
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/01/2024
```

**MEMO ENDORSED**

RE:  BRAVO V. SMG BFPL INC. ET AL.
1:24-cv-05294- DEH-KHP
Letter Request for Adjournment of In-Person Initial Conference

Dear Judge Parker:

This office represents Defendants in the above-referenced case. We write with Plaintiff counsel's consent to request an adjournment of the in-person initial conference currently scheduled on November 6, 2024. This is the first request for an adjournment of this conference.

On August 6, 2024, this matter was referred to mediation and Alan Getter, Esq. is assigned as a mediator. The first session was held on October 31, 2024, where both parties attended, but the second session is scheduled on December 4, 2024 at 2:00pm for Plaintiff to have a sufficient time to review additional records produced by Defendants.

As such, in an effort to preserve the Court's time, Plaintiff and Defendants jointly request that the initial conference be held in abeyance until the completion of mediation.

**APPLICATION GRANTED:** The Initial Conference set for 11/6/2024 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, January 14, 2025 at 2:00 p.m.

**APPLICATION GRANTED**

*Katharine H Parker*

**Hon. Katharine H. Parker, U.S.M.J.**
**11/01/2024**

Respectfully submitted,

HANG & ASSOCIATES, PLLC

*/s/ Yongjin Bae*
Yongjin Bae, Esq.
136-20 38th Ave., Suite 10G
Flushing, NY 11354
Tel: 718.353.8588
Fax: 718.353.6288
E-mail:ybae@hanglaw.com
*Attorney for Plaintiff*