**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MARIA BRAVO, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

SMG BFPL INC (D/B/A PLAZA M SPA), SMG DUMBO INC. (D/B/A PLAZA M SPA), MIN SONG, and STEPHANY KOO,

*Defendants.*
------------------------------------------------------------------X

Case No.: 1:24-cv-05294

[Proposed Form Of]
**JUDGMENT**

## JUDGMENT

On December 18, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARIA BRAVO, has judgment against SMG BFPL INC (D/B/A PLAZA M SPA), SMG DUMBO INC. (D/B/A PLAZA M SPA), MIN SONG, and STEPHANY KOO, jointly and severally, in the amount of Twenty-One Thousand Dollars and Zero Cents ($21,000.00), which is inclusive of attorneys' fees and costs.

The Clerk of the Court is respectfully directed to close this case.

Dated: December 19, 2024
New York, New York

_____
DALE E. HO
UNITED STATES DISTRICT JUDGE